Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: steven.dailey@kutakrock.com
Email: Rebecca.wilson@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| CARMEN BEVIA, an individual<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., a business entity of unknown form; JP MORGAN CHASE BANK, N.A., a business entity of unknown form; QUALITY LOAN SERVICE CORPORATION, a business entity of unknown form; and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No. 8:17-CV-01535-JVS-JDE<br><br>Assigned to<br>District Judge: Hon. James v. Selna<br>Courtroom: 10C<br><br>Assigned Discovery<br>Magistrate Judge: Hon. John D. Early<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br><br>Date Filed: August 3, 2017<br>Removal: September 6, 2017 |

The court, having read and considered the Joint Stipulation of Dismissal with Prejudice ("Stipulation"), by and between Plaintiff Carmen Bevia and Defendant Select Portfolio Servicing, Inc. (collectively, the "Parties"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved in its entirety and
2. Select Portfolio Servicing, Inc. is dismissed from this action with prejudice.

Dated: August 30, 2018

Honorable James V. Selna
United States District Judge